## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action No. 1:19-cv-10070

| | |
|---|---|
| DEXTER ANDREWS, RAYMOND DUNN, NUNO GOMES, TITUS ROYAL, MATTHEW SOLER, and NICHOLAS YOUNG,<br>　　　　　　Plaintiffs<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY

Pursuant to Local Rule 7.1(b)(3), Plaintiffs Dexter Andrews, Raymond Dunn, Nuno Gomes, Titus Royal, Matthew Soler, and Nicholas Young respectfully move for leave to file a reply to Defendant Amazon.com, Inc.'s Opposition to Plaintiffs' Motion for Remand. As grounds for this motion, Plaintiffs state that a reply is necessary to address arguments raised by Defendants in their Opposition that Plaintiffs could not reasonably have foreseen or anticipated. Plaintiffs submit that a reply will assist the Court in resolving the pending motion by narrowing the issues and clarifying Plaintiffs' position with respect to removal.

WHEREFORE, Plaintiffs respectfully request leave to file a reply in further support of their motion to remand.

        DEXTER ANDREWS, RAYMOND DUNN, NUNO GOMES, TITUS ROYAL, MATTHEW SOLER, and NICHOLAS YOUNG,

        By their attorneys,

        <u>/s/ Stephen Churchill</u>
        Stephen Churchill, BBO #564158
        FAIR WORK, P.C.
        192 South Street, Suite 450
        Boston, MA 02111
        (617) 607-3260
        steve@fairworklaw.com

        Oren Sellstrom, BBO #569045
        Sophia Hall, BBO #684541
        LAWYERS FOR CIVIL RIGHTS
        61 Batterymarch Street, 5th Floor
        Boston, MA 02110
        (617) 482-1145
        osellstrom@lawyersforcivilrights.org
        shall@lawyersforcivilrights.org

Dated:  March 12, 2019

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I certify that I communicated with Defendant's counsel in a good faith effort to resolve or narrow the issue presented by this motion, without success. Defendant's counsel indicated that Defendant might assent to the motion but needed to review the proposed reply first. This largely defeats the purpose of the motion, because if the motion is denied, there is no need to draft a reply.

Dated: March 12, 2019              /s/ *Stephen Churchill*
                                   Stephen Churchill

## CERTIFICATE OF SERVICE

I certify that on this date I served a copy of the foregoing document on all counsel, via the ECF/CM system.

Dated:  March 12, 2019             /s/ *Stephen Churchill*
                                   Stephen Churchill