UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:19-cv-10070

|  |  |
|---|---|
| DEXTER ANDREWS, RAYMOND DUNN, NUNO GOMES, TITUS ROYAL, MATTHEW SOLER, and NICHOLAS YOUNG, <br> Plaintiffs <br><br> v. <br><br> AMAZON.COM, INC., <br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO CONSOLIDATE**

Plaintiffs oppose the Defendant's motion to consolidate for one simple reason: it is Plaintiffs' position that this Court does not have subject matter jurisdiction over one of the two cases that Defendant seeks to consolidate. There is a pending motion to remand in this case (Amazon I), and unless and until that motion is denied, consolidation with the second case (Amazon II) is unwarranted.[1] If the pending motion to remand is allowed, this case will be remanded to state court, and there will be nothing to consolidate. If the pending motion to remand is denied, Plaintiffs do not oppose consolidation, as they have stated to Defendant. As a

---

[1] By way of background, Amazon I – this case – was filed in state court under chapter 151B before the U.S. Equal Employment Opportunity Commission ("EEOC") had issued 90-day right-to-sue letters under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. As a result, the case could not have included a claim under Title VII at that time. After this case was removed, and after the EEOC issued right-to-sue letters, Plaintiffs sought Defendant's assent to amend the complaint to add Title VII claims. The Defendants refused to assent. As a result, in the face of the 90-day window for bringing claims under Title VII, Plaintiffs effectively were required to file a separate lawsuit in order to preserve their rights.

result, Plaintiffs propose that the motion be denied without prejudice for now, or that it be addressed after the Court decides the pending motion to remand.

        DEXTER ANDREWS, RAYMOND DUNN, NUNO GOMES, TITUS ROYAL, MATTHEW SOLER, and NICHOLAS YOUNG,

        By their attorneys,

        <u>/s/ *Stephen Churchill*</u>
        Stephen Churchill, BBO #564158
        FAIR WORK, P.C.
        192 South Street, Suite 450
        Boston, MA 02111
        (617) 607-3260
        steve@fairworklaw.com

        Oren Sellstrom, BBO #569045
        Sophia Hall, BBO #684541
        LAWYERS FOR CIVIL RIGHTS
        61 Batterymarch Street, 5th Floor
        Boston, MA 02110
        (617) 482-1145
        osellstrom@lawyersforcivilrights.org
        shall@lawyersforcivilrights.org

Dated:  July 22, 2019

**CERTIFICATE OF SERVICE**

      I certify that on this date I served a copy of the foregoing document on all counsel, via the ECF/CM system.

| | |
|---|---|
| Dated:  July 22, 2019 | /s/ *Stephen Churchill*<br>Stephen Churchill |