IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DEXTER ANDREWS, RAYMOND DUNN, NUNO GOMES, TITUS ROYAL, MATTHEW SOLER, and NICHOLAS YOUNG**, <br><br> Plaintiffs, <br><br> v. <br><br> **AMAZON.COM, INC.,** <br><br> Defendant. | CAUSE NO.: 1:19-cv-10070-MLW |

## NOTICE OF APPEARANCE

Please enter my appearance as an attorney for Defendant Amazon.com, Inc. in the above-captioned action.

                                            Respectfully submitted,
                                            MORGAN, LEWIS & BOCKIUS LLP

                                            */s/ Keri L. Engelman*
                                            Keri L. Engelman, BBO # 704360
                                            One Federal Street
                                            Boston, Massachusetts 02110
                                            Tel:    617.341.7828
                                            Fax:   617.341.7701
                                            keri.engelman@morganlewis.com
                                            *Attorney for Defendant*

Dated: October 29, 2019

## CERTIFICATE OF SERVICE

I, Keri L. Engelman, hereby certify that on this 29th day of October, 2019, a true and correct copy of a Notice of Appearance was served upon Plaintiffs by electronic filing with the Clerk of the United States District Court for the District of Massachusetts, and is available for viewing and downloading from the ECF system.

    */s/ Keri L. Engelman*
    Keri L. Engelman