UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DEXTER ANDREWS, RAYMOND DUNN, NUNO GOMES, TITUS ROYAL, MATTHEW SOLER, and NICHOLAS YOUNG**,<br><br>Plaintiffs,<br><br>v.<br><br>**AMAZON.COM, INC.**,<br><br>Defendant. | CAUSE NO.: 1:19-cv-10070-MLW |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF PETER J. MEE

Peter J. Mee, counsel for Amazon.com, Inc. ("Amazon"), moves this Court pursuant to Local Rule 83.5.2 as follows:

1. On January 11, 2019, Peter J. Mee filed a Notice of Removal in this matter as counsel of record for Amazon.

2. Peter J. Mee will be departing from the law firm of Morgan, Lewis & Bockius LLP effective October 29, 2019.

3. Amazon will continue to be represented by attorneys from the law firm of Morgan, Lewis & Bockius LLP.

WHEREFORE, Peter J. Mee respectfully requests to withdraw his appearance in the above-captioned matter.

Respectfully submitted,

DEFENDANT,
AMAZON, INC.


By */s/ Peter J. Mee*
Peter J. Mee (BBO# 677081)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, Massachusetts 02110
Telephone: (617) 341-7700
Fax: (617) 341-7701
peter.mee@morganlewis.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2019, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel registered for ECF service.


*/s/ Peter J. Mee*
Peter J. Mee


DB1/ 109537000.1