UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:19-cv-10070

| | |
|---|---|
| DEXTER ANDREWS, RAYMOND DUNN, NUNO GOMES, TITUS ROYAL, MATTHEW SOLER, and NICHOLAS YOUNG, <br>           Plaintiffs <br><br> v. <br><br> AMAZON.COM, INC., <br><br>           Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' STATUS REPORT**

Pursuant to the Court's March 11, 2020 Order, Plaintiffs report that they wish to amend their complaint in this action to include their federal and state claims, and Defendant has indicated that it will consent to the filing of the amended complaint. The parties expect to file a stipulation to this effect in the coming days, and Plaintiffs will then file their amended complaint, pursuant to Fed. R. Civ. P. 15(a)(2).

DEXTER ANDREWS, RAYMOND DUNN, NUNO GOMES, TITUS ROYAL, MATTHEW SOLER, and NICHOLAS YOUNG,

By their attorneys,

/s/ Stephen Churchill
Stephen Churchill, BBO #564158
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-3260
steve@fairworklaw.com

Oren Sellstrom, BBO #569045
Sophia Hall, BBO #684541
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 482-1145
osellstrom@lawyersforcivilrights.org
shall@lawyersforcivilrights.org

Dated: March 31, 2020

## CERTIFICATE OF SERVICE

      I certify that on this date I served a copy of the foregoing document on all counsel, via the ECF/CM system.

Dated:  March 31, 2020            /s/ *Stephen Churchill*
                                                  Stephen Churchill