UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEXTER ANDREWS, et al | ) | C.A. No. 19-10070-MLW |
| Plaintiff(s), | ) | |
| v. | ) | |
| AMAZON.COM, INC. | ) | |
| Defendant(s). | ) | |

## ORDER OF DISMISSAL

WOLF, D.J.

    In accordance with the Stipulation of Dismissal filed by the parties (Doc. No. 42) on July 12, 2021, it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice.

By the Court:
Robert Farrell, Clerk

07/12/2021

/s/ Magdalena A. Loret
Courtroom Deputy Clerk